tions, which were observed by the plaintiff, or should have been observed by her in the exercise of reasonable care. (*Tice* v. *Oppenheim Collins & Co.*, 274 App. Div. 970; *Powers* v. *Montgomery Ward & Co.*, 251 App. Div. 120, affd. 276 N. Y. 600; *Greene* v. *Sibley, Lindsay & Curr Co.*, 257 N. Y. 190.) We feel that the evidence does not sustain the findings of the jury as to the negligence of the defendant and contributory negligence of this plaintiff. All concur. (Appeal from a judgment of Erie Trial Term for plaintiffs in negligence actions, consolidated by court order. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

LILA M. ROCK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31961.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims, dismissing a claim for damages for personal injuries alleged to have been sustained by reason of negligent highway maintenance.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

WILLIAM A. ROCK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31962.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for personal injuries alleged to have been sustained by reason of negligent highway maintenance.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of the Estate of EVELYN BRENNAN, Deceased. HAROLD E. McFEE, as Commissioner of Public Welfare of the Oswego County Public Welfare District, Appellant; CAROL REIMAN et al., as Administrators of the Estate of EVELYN BRENNAN, Deceased, Respondents.— Decree affirmed, without costs of this appeal to either party. All concur. (Appeal from a decree of Oswego Surrogate's Court denying a claim for reimbursement for support furnished dependent of decedent.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD B. WINSHIP, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie Trial Term, convicting defendant of the crime of robbery second degree.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

■

ARNOLD D'ALESSANDRO, as Administrator of the Estate of FRANCIS A. D'ALESSANDRO, Deceased, et al., Respondents, v. RAYMOND L. TONUCCI et al., Appellants. — Amended judgment affirmed, with costs. Memorandum: We do not pass upon the question of challenges as neither side exhausted the challenges allowed by the court and no prejudice resulted. All concur. (Appeal from an amended judgment of Erie Special Term for plaintiffs in automobile negligence actions.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.